United States District Court
Southern District of Texas

**ENTERED**

June 11, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BLANCA ESTELA HERNANDEZ CERVANTES | § § § § § § | |
| Petitioner, | | |
| v. | § § § § § § | CIVIL ACTION NO. H-26-3313 |
| RANDY TATE, | | |
| Respondent. | | |

### ORDER OF DISMISSAL

The petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241  (Docket Entry No. 1), challenging her continued detention by the United States Department of Homeland Security, Immigration and Customs Enforcement.  The respondent has now filed a notice informing the Court that the petitioner has been removed from the United States and is no longer in custody.  The advisory is accompanied by a Warrant of Removal, and a document certifying that the Warrant was executed, (Docket Entry No. 5-1), showing that the petitioner was removed from the United States on May 1, 2026.

"Under Article III of the Constitution this Court may only adjudicate actual, ongoing controversies." Honig v. Doe, 484 U.S. 305, 317 (1988).  "Mootness has two aspects: 'when the issues presented are no longer live" or the parties lack a legally cognizable interest in the outcome.'" United States Parole Comm'n v. Geraghty, 445 U.S. 388, 396 (1980) (quoting Powell v. McCormack,

395 U.S. 486, 496(1969)). "If a dispute has been resolved or if it has evanesced because of changed circumstances, including the passage of time, it is considered moot. With the designation of mootness comes the concomitant designation of non-justiciability." American Med. Ass'n v. Bowen, 857 F.2d 267, 270 (5th Cir. 1988)(citations omitted).

Because the petitioner is no longer in custody, this case is moot. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

The Clerk shall provide a copy of this Order to the parties. **SIGNED** at Houston, Texas, on this __11th__ day of June, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

-2-